# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GELL,<br><br>PLAINTIFF(S)<br>v.<br><br>DOLLAR RENT A CAR, INC., et al.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>LA CV10-04094 JAK (SSx)<br><br>JUDGMENT ON THE VERDICT<br>FOR DEFENDANT(S)<br><br>JS-6 |

  This action having been tried before the Court sitting with a jury, the Honorable John A. Kronstadt, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

  IT IS ORDERED AND ADJUDGED that the plaintiff(s) take nothing; that the action be dismissed on the merits.

Clerk, U. S. District Court

Dated: August 29, 2011    By _____
                 Andrea Keifer, Deputy Clerk

cc:   Counsel of record